IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| SHONDA THOMAS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:23-CV-26-MAC |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER**

The court affirmed the administrative decision in this case and entered a final judgment on May 28, 2024. (Doc. #20.)   The Plaintiff was represented by counsel for previous filings. However, now before the court is a motion for leave to file information filed by a non-party arguing that the Plaintiff should receive a new administrative hearing due to a doctor's alleged incompetence. (Doc. #21.)   This motion was filed on September 23, 2024, almost four months after judgment was entered, and it states that the filer, Nevada Smith, is not an attorney and does not represent the Plaintiff, Shonda Thomas. (*Id.*)

"[I]n federal court, a party can represent himself or be represented by an attorney but cannot be represented by a nonlawyer.*"  Jennings v. Comm'r of Soc. Sec.,* No. 3:22-CV-688-DPJ-MTP, 2024 WL 332951, at *3 (S.D. Miss. Jan. 11, 2024), *R. & R. adopted*, 2024 WL 330473 (S.D. Miss. Jan. 29, 2024) (quoting *Gonzales v. Wyatt*, 157 F.3d 1016, 1021 (5th Cir. 1998)).  Moreover, the deadline to appeal or reconsider the judgment has passed.

2

Accordingly, it is **ORDERED** that the motion, "Nevada Smith FKA Michael Buesgens, Interested Party Request Leave to File Information," (doc. #21) be **STRICKEN** from the docket, and Nevada Smith is directed not to file any other non-party motions in this case.

**SIGNED this the 24th day of September, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE